UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

ERIC SHAWN STANK and
AMY LEEANN PERKINS-STANK,

             Debtors.
_____/

Case No.: 15-04811-jwb

Chapter 13

Honorable James W. Boyd

**WITHDRAWAL OF DOCUMENT #19, MICHIGAN DEPARTMENT OF TREASURY'S NOTICE OF UNFILED TAX RETURNS**

    NOW COMES the State of Michigan, Department of Treasury, by and through its attorneys, Bill Schuette, Attorney General, and Adam P. Sadowski, Assistant Attorney General, and withdraws its NOTICE OF UNFILED TAX RETURNS filed on October 5, 2015.

                                                  Respectfully submitted,

                                                  BILL SCHUETTE
                                                  Attorney General of Michigan

                                       By: */s/ Adam P. Sadowski*
                                           Adam P. Sadowski (P73864)
                                           Assistant Attorney General
                                           P.O. Box 30754
                                           Lansing, MI 48909
                                           Telephone: (517) 373.3203
                                           E-mail: SadowskiA@michigan.gov

Dated:  October 21, 2015